**FILED**

02/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE
STATE OF MONTANA

**Case No. DA 21-0605**

On Appeal from the Montana First Judicial District Court, Lewis and Clark County
No. BDV 2021-598, the Honorable Michael McMahon, Presiding

---

**BOARD OF REGENTS OF HIGHER EDUCATION OF THE STATE OF MONTANA,**

Petitioner and Appellee,

vs.

**THE STATE OF MONTANA, BY AND THROUGH AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MONTANA,**

Respondent and Appellant.

---

*ORDER GRANTING UNOPPOSED MOTION BY 80 LEGISLATORS TO JOIN AMICUS CURIAE BRIEF OF REP. SETH BERGLEE*

---

Greg Overstreet
State Bar No. 66904853
Overstreet Law Group
300 Main Street, Suite 203
Stevensville, Montana 59870
Telephone: (406) 209-8592
greg@overstreetlawgroup.com
*Attorney for Amicus Rep. Seth Berglee*

David Dewhirst
Solicitor General
Office of Montana Attorney General
Austin Knudsen
P.O. Box 201401
Helena, MT 59620-1401
*Attorneys for Appellants*

Martha Sheehy
Sheehy Law Firm
P.O. Box 584
Billings, MT 59103-0584

Kyle A. Gray, Brianne C. McClafferty,
Emily J. Cross
Holland & Hart LLP
P.O. Box 639
Billings MT 59103

Ali Bovingdon
MUS Chief Legal Counsel
Office of Comm'r of Higher Education
Helena, MT 59620-3201
*Attorneys for Appellees*

1

Upon the unopposed motion of 80 Legislators to join the amicus curiae brief of Rep. Seth Berglee, and for good cause shown,

IT IS HEREBY ORDERED that the 80 Legislators' motion is GRANTED. Their amicus curiae brief shall be filed no later than one business day after the date this Order is entered.

_____

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 25 2022